1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney

2

MARK L. KROTOSKI (CASBN 138549)
3 | Chief, Criminal Division

4 | VINEET GAURI (ILSBN 6242953)
Special Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6 |    Oakland, CA 94612
   Telephone: (510) 637-3924
7 |    Facsimile: (510) 637-3724
   Vineet.Gauri@usdoj.gov
8
Attorneys for Plaintiff
9
               IN THE UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,    )   No.   4-06-70435-WDB
                                       )
14 |       Plaintiff,              )
                                       )
15 |                                      )   [~~PROPOSED~~] ORDER OF EXCLUSION OF
           v.                  )   TIME UNDER THE FEDERAL RULES OF
16 |                                      )   CRIMINAL PROCEDURE AND THE
   JUAN CARLOS MEZA-CRUZ,         )   SPEEDY TRIAL ACT, 18 U.S.C. § 3161
17 |                                      )   ET SEQ.
                                     )
18 |       Defendant.            )
                                   )
19 |                                    )
   _____)
20

21 |                                         **ORDER**

22 |        It is ORDERED that time is excluded under the Speedy Trial Act, and the time for

23 | indictment is waived under Rules the Federal Rules of Criminal Procedure, from July 14, 2006 to

24 | July 28, 2006, based on the need of defense counsel to continue investigating and effectively prepare

25 | the case, taking into account the exercise of due diligence. The Court finds that the ends of justice

26 | //

- 1 -

1 //
2 would be served by granting the continuance.
3
4
5 DATED: July 14, 2006
6
7                                         HON. NANDOR VADAS
                                          UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26